# Exhibit A

## Initial Agreement

## Between Galactic and STEA

## To be Filed Under Seal Upon Approval of the Court by Supplementation