# Exhibit B

## Modification Agreement

## Between Galactic and STEA

## To Be Filed Under Seal Upon Approval of the Court by Supplementation