## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

|  |  |
|---|---|
| Galactic Holdings LLC, | ` |
| Plaintiff, | |
| v. | Civil Action No. 2:25-cv-66-JM |
| ST Engineering Aerospace LTD, | |
| Defendant. | |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant ST Engineering Aerospace Ltd. hereby states that it is a corporation established under the laws of Singapore and is wholly owned by Singapore Technologies Engineering Ltd. Singapore Technologies Engineering Ltd., which is publicly traded on the Singapore Stock Exchange, has more than a 10% ownership interest in ST Engineering Aerospace Ltd.

Dated: August 27, 2025

Respectfully submitted,

/s/ David D. Wilson
David D. Wilson (AR Bar No. 90112)
Friday Eldredge & Clark LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201
Telephone: (501) 370-1564
Email: wilson@fridayfirm.com

Patrick J. McElhinny (*pro hac vice forthcoming*)
Christopher M. Verdini (*pro hac vice forthcoming*)
Anna Shabalov (*pro hac vice forthcoming*)
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Telephone: (412)-355-6500
Facsimile: (412)-355-6501
Email: patrick.mcelhinny@klgates.com
Email: christopher.verdini@klgates.com
Email: anna.shabalov@klgates.com
*Counsel for Defendant ST Engineering Aerospace Ltd.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2025, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which sent notification to all counsel of record.

*/s/ David D. Wilson*
David D. Wilson